UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re STEVEN C. FUSTOLO, <br><br>  Debtor <br><br> THE PATRIOT GROUP, LLC, <br><br>  Plaintiff, <br><br>  v. <br><br> STEVEN C. FUSTOLO and <br> JOHN DOES 1-10, <br><br>  Defendants. | Case No. 1:15-cv-11581-FDS <br> Case No. 1:15-cv-10687-FDS |

## JOINT MOTION TO EXTEND BRIEFING DEADLINES

The Patriot Group, LLC ("Patriot") and Steven C. Fustolo ("Fustolo") respectfully request a 60-day extension to the Scheduling Order deadlines in the two above-captioned appeals of certain orders from an adversary proceeding before the United States Bankruptcy Court for the District of Massachusetts.

This extension will allow the parties to continue their ongoing settlement discussions and determine whether they can resolve the underlying dispute before incurring the additional costs and resources necessary to brief these consolidated appeals. This is the second request for an order scheduling briefing deadlines in these appeals.

## BACKGROUND

Fustolo is a debtor under Chapter 7 of the United States Bankruptcy Code. On January 13, 2015, Patriot filed adversary proceeding No. 15-01015-JNF (the "Adversary Proceeding") in bankruptcy court against Fustolo. Patriot's Verified Complaint for Injunctive Relief

("Complaint") sought "injunctive relief" against Fustolo and ten John Does based on certain online postings relating to Patriot and related persons. On January 14, 2015, Patriot filed a motion for a preliminary injunction seeking the same relief, on a preliminary basis, requested in the Complaint.

On January 30, 2015, the bankruptcy court issued its decision in a Memorandum and Injunction Order (the "Preliminary Injunction Order"), granting Patriot's motion and entering a preliminary injunction against Fustolo. Shortly thereafter, Patriot moved for contempt. On February 20, 2015, the bankruptcy court issued an order granting Patriot's motion for contempt arising out of the Preliminary Injunction Order (the "Contempt Order"). Additionally, on February 10, 2015, Patriot filed an Amended Complaint. On March 3, 2015, Fustolo filed a motion to dismiss the Amended Complaint. On March 24, 2015, the bankruptcy court granted Fustolo's motion to dismiss the Amended Complaint and, in the alternative, abstained from the determination of Counts I and II of the Amended Complaint (the "Dismissal Order").[1]

The parties filed timely appeals of the Preliminary Injunction Order, Contempt Order, and Dismissal Order, docketed respectively as Case No. 1:15-cv-10687-FDS on March 6, 2015; Case No. 1:15-cv-11581-FDS on April 3, 2015; and Case No. 1:15-cv-11816-FDS on April 29, 2015.

On June 3, 2015, this Court entered a Scheduling Order on all three dockets with the following deadlines applicable to all appeals: Appellant's Brief due by June 17, 2015, Appellee Brief due by July 1, 2015, and Appellant Reply Brief due by July 15, 2015.

On June 16, 2015, this Court granted the parties' joint motion for extension of time to July 24, 2015 to file their first brief and administratively consolidated the appeals of the Preliminary

---

[1] The effective date of the order dismissing and abstaining from the Adversary Proceeding was extended until April 28, 2015.

Injunction Order and Dismissal Order under the Case No. 1:15-cv-11581-FDS and left the appeal of the Contempt Order as Case No. 1:15-cv-10687-FDS.

The parties have been engaged in preliminary discussions concerning the potential settlement of their claims in the underlying action. This settlement would obviate the need for either party to pursue its appeals. As a result, the parties respectfully move this Court for a 60-day extension to the current Scheduling Order deadlines. This extension will allow the parties to focus on settlement discussions before spending the time and resources necessary to brief their appeals.

## THE PARTIES REQUESTED RELIEF

By reason of the above, the parties respectfully request a 60-day extension to the current briefing deadlines. Specifically, 1) in Case No. 1:15-cv-11581-FDS, Appellant-Patriot's initial brief shall be filed by September 22, 2015; Appellee-Fustolo's response brief shall be filed by October 20, 2015, which response brief may include Fustolo's First Amendment arguments; and Patriot's reply brief shall be filed by November 3, 2015; and 2) in Case No. 1:15-cv-10687-FDS, Appellant-Fustolo's initial brief shall be filed by September 22, 2015, Appellee-Patriot's response brief shall be filed by October 20, 2015, and Fustolo's reply brief shall be filed by November 3, 2015. In the meantime, the parties will promptly notify the Court if they able to reach a settlement.

Respectfully submitted,

| | |
|---|---|
| STEVEN C. FUSTOLO<br>By his attorneys, | THE PATRIOT GROUP, LLC,<br>By its attorneys, |
| /s/ *Matthew P. Horvitz*<br>Douglas B. Rosner (BBO#: 559963)<br>Matthew P. Horvitz (BBO#: 664136)<br>Alana Van der Mude (BBO#: 681826)<br>GOULSTON & STORRS PC<br>400 Atlantic Avenue<br>Boston, MA 02110<br>tel. (617) 482-1776<br>fax (617) 574-4112<br>mhorvitz@goulstonstorrs.com | /s/ *Gary Greenberg*<br>Gary Greenberg (BBO # 209420)<br>John F. Farraher, Jr. (BBO#: 568194)<br>Zachary C. Kleinsasser (BBO#: 664291)<br>GREENBERG TRAURIG, LLP<br>One International Place<br>Boston, MA 02110<br>tel. (617) 310-6029<br>fax (617) 310-6001<br>farraherj@gtlaw.com |

Dated:  June 30, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the Court's CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 30, 2015.

/s/ *Matthew P. Horvitz*